U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JAN -8 PM 2: 30

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No.  5:15-cr-3-1 |
| CHRISTOPHER PAPPANO, | ) | |
| Defendant | ) | |

## INDICTMENT

The Grand Jury charges that:

A.  At all times material herein, in the District of Vermont, the defendant, CHRISTOPHER PAPPANO, was previously convicted of crimes punishable by a term of imprisonment of greater than one year, being:

1.  Uttering Forged Instrument, State of Vermont, Franklin Criminal Division, Docket No.: 267-2-88 Frcr;

2.  False Pretenses, State of Vermont, Franklin Criminal Division, Docket No.: 1702-10-90 Frcr;

3.  Aggravated Assault, State of Vermont, Addison Criminal Division, Docket No.: 625-9-96 Ancr;

4.  Conspiracy-Drug, State of Vermont, Chittenden Criminal Division, Docket No.: 4560-10-13 Cncr.

B.  On or about December 29, 2014, in the District of Vermont, the defendant, CHRISTOPHER PAPPANO, having been previously convicted of crimes punishable by a term of imprisonment greater than one year, as set forth above, did knowingly possess in and affecting interstate commerce one firearm, namely a Tanfoglio (European American Arms), model T97L, .45 caliber semi-automatic pistol, with serial number EA37580.

(18 U.S.C. § 922(g)(1))

███████████████
FOREPERSON

/s/ Tristram Coffin (WLF)
TRISTRAM J. COFFIN
United States Attorney
Burlington, Vermont
January 8, 2015