UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,

v.  No. 5:15-CR-3

CHRISTOPHER A. PAPPANO

## SUPERCEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

From in or about September, 2014, to in or about December, 2014, in the District of Vermont, the defendant, CHRISTOPHER A. PAPPANO, knowingly and intentionally conspired with other persons known and unknown to the Grand Jury, to distribute a mixture and substance containing cocaine, a Schedule II controlled substance.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C))

COUNT 2

From on or about November 26, 2014, through on or about January 21, 2015, in the District of Vermont, the defendant, CHRISTOPHER A. PAPPANO, knowingly possessed, received, concealed, and stored stolen firearms, that is:

| Manufacturer | Model | Serial Number |
| --- | --- | --- |
| 1. Winchester | .338 Mag, bolt-action rifle | VS181467 |
| 2. Winchester | .243 Model 70 bolt-action rifle | 750339 |
| 3. Mossburg | 12 gauge pump-action in "camo" | U425813 |
| 4. Glock | .9mm semi-automatic pistol | FB268 |
| 5. Dan Wesson | .357 magnum revolver | 252063 |
| 6. Remington | 12 gauge shotgun | M591146V |
| 7. Weatherby | Vanguard .30-06 rifle | VL10806 |
| 8. Remington | Model 742 .30-06 rifle | 3074878 |
| 9. PlumCrazy | AR-15 5.56 rifle | RM07606 |

which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen.

(18 U.S.C. §§ 922(j) and 924(a)(2))

## COUNT 3

A.  The defendant, CHRISTOPHER PAPPANO, was previously convicted of crimes punishable by a term of imprisonment of greater than one year, those convictions being:

(1) Uttering Forged Instrument, State of Vermont, Franklin Criminal Division, Docket No. 267-2-88 Frcr;

(2) False Pretenses, State of Vermont, Franklin Criminal Division, Docket No. 1702-10-90 Frcr;

(3) Aggravated Assault, State of Vermont, Addison Criminal Division, Docket No. 625-9-96 Ancr; and

(4) Conspiracy-Drug, State of Vermont, Chittenden Criminal Division, Docket No. 4560-10-13 Cncr.

B.  From on or about November 26, 2014, to on or about January 21, 2015, in the District of Vermont, the defendant, CHRISTOPHER A. PAPPANO, knowingly possessed, in and affecting interstate commerce, firearms, that is:

| Manufacturer | Model | Serial Number |
| --- | --- | --- |
| 1. Winchester | .338 Mag, bolt-action rifle | VS181467 |
| 2. Winchester | .243 Model 70 bolt-action rifle | 750339 |
| 3. Mossburg | 12 gauge pump-action in "camo" | U425813 |
| 4. Glock | .9mm semi-automatic pistol | FB268 |
| 5. Dan Wesson | .357 magnum revolver | 252063 |
| 6. Remington | 12 gauge shotgun | M591146V |
| 7. Weatherby | Vanguard .30-06 rifle | VL10806 |
| 8. Remington | Model 742 .30-06 rifle | 3074878 |
| 9. PlumCrazy | AR-15 5.56 rifle | RM07606 |

18 U.S.C. §§ 922(g)(1) and 924(a)(2))

## COUNT 4

A. The defendant, CHRISTOPHER PAPPANO, was previously convicted of crimes punishable by a term of imprisonment of greater than one year, those convictions being:

(1) Uttering Forged Instrument, State of Vermont, Franklin Criminal Division, Docket No. 267-2-88 Frcr;

(2) False Pretenses, State of Vermont, Franklin Criminal Division, Docket No. 1702-10-90 Frcr;

(3) Aggravated Assault, State of Vermont, Addison Criminal Division, Docket No. 625-9-96 Ancr; and

(4) Conspiracy-Drug, State of Vermont, Chittenden Criminal Division, Docket No. 4560-10-13 Cncr.

B. From in or about November, 2014, to in or about April, 2015, in the District of Vermont, the defendant, CHRISTOPHER A. PAPPANO, knowingly possessed, in and affecting interstate commerce, a firearm, that is, a Taurus .357 Magnum revolver, serial number KG461670.

18 U.S.C. §§ 922(g)(1) and 924(a)(2))

## COUNT 5

A. The defendant, CHRISTOPHER PAPPANO, was previously convicted of crimes punishable by a term of imprisonment of greater than one year, those convictions being:

(1) Uttering Forged Instrument, State of Vermont, Franklin Criminal Division, Docket No. 267-2-88 Frcr;

(2) False Pretenses, State of Vermont, Franklin Criminal Division, Docket No. 1702-10-90 Frcr;

(3) Aggravated Assault, State of Vermont, Addison Criminal Division, Docket No. 625-9-96 Ancr; and

(4) Conspiracy-Drug, State of Vermont, Chittenden Criminal Division, Docket No. 4560-10-13 Cncr.

B. On or about December 29, 2014, in the District of Vermont, the defendant, CHRISTOPHER PAPPANO, did knowingly possess, in and affecting interstate commerce, a firearm, namely a Tanfoglio (European American Arms), model T97L, .45 caliber semi-automatic pistol, with serial number EA37580.

(18 U.S.C. § 922(g)(1))

FOREPERSON

*E A P. Cowles (WBD)*
EUGENIA A.P. COWLES (WBD)
Acting United States Attorney
Burlington, Vermont
May 28, 2015